JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joe Hand Promotions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Carmen Hernandez Olvera, et al.,<br><br>Defendant. | CASE NO. SACV 10-0649 WDK E<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT CARMEN HERNANDEZ OLVERA, individually and d/b/a CARNITAS DON ROBERTO'S MEXICAN FOOD** |

**IT IS HEREBY STIPULATED** by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendants CARMEN HERNANDEZ OLVERA, individually and d/b/a CARNITAS DON ROBERTO'S MEXICAN FOOD, that the above-entitled action is hereby dismissed **with prejudice** against CARMEN HERNANDEZ OLVERA, individually and d/b/a CARNITAS DON ROBERTO'S MEXICAN FOOD and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///

///

1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____   Dated: November 17, 2010
**The Honorable William D. Keller**
**United States District Court**
**Central District of California**

2